# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. SCHAUF,<br>　　　　Plaintiff,<br>　　v.<br>AMERICAN AIRLINES,<br>　　　　Defendant.<br>_____/ | Case No. 1:15-cv-01172-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN AMENDED COMPLAINT**<br><br>(Doc. 27) |

　　　On June 12, 2015, Plaintiff John A. Schauf ("Plaintiff") filed a first amended complaint with the Stanislaus County Superior Court. (Doc. 1.) On July 28, 2015, Defendant American Airlines, Inc., erroneously named as "American Airlines" ("Defendant") timely removed the action to federal court pursuant to 28 U.S.C. § 1332. (Doc. 1.) On September 24, 2015, the Court denied Defendant's motion to dismiss the first amended complaint for insufficient service without prejudice and ordered Plaintiff to file proof of service of the summons and amended complaint upon Defendant. (Doc. 18.)

　　　Defendant having been served pursuant to the Court's order, Defendant again moved for dismissal for failure to state a claim upon which relief may be granted. (Doc. 23.) On January 11, 2016, the Court granted Defendant's motion to dismiss with leave to amend and ordered Plaintiff to file a second amended complaint within sixty (60) days. (Doc. 25.) No amended complaint has been filed. (*See* Docket.)

　　　Therefore, Plaintiff is ordered to show cause, if any, why the action should not be dismissed for failure to prosecute and for failure to comply with the Court's January 11, 2016,

Order dismissing the complaint and granting Plaintiff sixty days' leave to amend (Doc. 25). Alternatively, Plaintiff may file his second amended complaint remedying the deficiencies of the first amended complaint.

    Accordingly, it is HEREBY ORDERED that:

1. By no later than **April 1, 2015**, Plaintiff shall **either**
    a. file a written response to this Order to Show Cause; **or**
    b. file a second amended complaint.
2. Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **March 16, 2016**                    **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE