# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. SCHAUF,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:15-cv-01172-SKO<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR "SETTLEMENT CONFERENCE" EXTENSION**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>(Doc. 29) |

On April 1, 2016, Plaintiff filed a "Request for Settlement Conference Extension to Allow Defendant Time to Respond to 2nd Amended Complaint." (Doc. 29.) Plaintiff states he is experiencing symptoms of mental distress and requests a continuance of the "settlement conference" to seek medical treatment and obtain legal counsel. (Doc. 29, 1-3.)

To the extent that Plaintiff is requesting relief involving the setting of a *settlement* conference, such request is denied as any setting of dates for a settlement conference or rescheduling of a settlement conference is left to the parties' discretion in this case. (*See* Doc. 25, n.5.)[1] If Plaintiff is requesting a continuance of the *scheduling* conference set for April 7, 2016,

---

[1] As noted in the Court's January 11, 2016, order:

> . . . The decision to settle is left to the discretion of the parties, and the Court will not intervene and order such negotiations. The parties are welcome to discuss the possibility of settlement among themselves, and should the parties ultimately determine that a settlement conference would be beneficial at some later date, the Court is available to set a settlement conference before a United States Magistrate Judge. The Court, however, will not order the parties to engage in settlement discussions based upon one party's unilateral demand, and Plaintiff is advised that a renewed request to compel Defendant to engage in settlement negotiations will not be entertained.

his request is granted.  The scheduling conference is CONTINUED to June 7, 2016, at 9:30 a.m., in Courtroom 7, before the undersigned, to allow Defendant sufficient time to respond to the second amended complaint.

Finally, Plaintiff's request for additional time for *Defendant* to respond to the second amended complaint is DENIED.  Plaintiff may not request relief on Defendant's behalf; Defendant, however, may request such relief should it require additional time to respond to the second amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a continuance of the Scheduling Conference is GRANTED. The Scheduling Conference set for April 7, 2016, is CONTINUED to June 7, 2016, at 9:30 a.m., in Courtroom 7, before the Honorable Sheila K. Oberto;
2. The parties shall file their joint scheduling report by no later than May 31, 2016;
3. The parties shall coordinate with each other one conference call to the Court at (559) 499-5790 at the appointed time; and
4. Plaintiff's request for an extension of time for Defendant to respond to the second amended complaint is DENIED.

IT IS SO ORDERED.

Dated:   **April 5, 2016**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE