1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9    JOHN A. SCHAUF,                          Case No.  1:15-cv-01172-SKO

10              Plaintiff,

                                             **ORDER DISCHARGING MARCH 16,**
11       v.                                  **2016, ORDER TO SHOW CAUSE**

12
                                             (Doc. 27)
13    AMERICAN AIRLINES, INC.,

14              Defendant.
     _____/

15

16        On March 16, 2016, the Court issued an order that Plaintiff file a written statement

17   showing why the case should not be dismissed or file a second amended complaint by no later

18   than April 1, 2016.  (Doc. 27.)

19        On April 1, 2016, Plaintiff filed his second amended complaint.  (Doc. 28.)

20        In light of Plaintiff's compliance with the Court's order, IT IS HEREBY ORDERED that

21   the March 16, 2016, order to show cause is DISCHARGED.

22

23   IT IS SO ORDERED.

24   Dated:   __**April 5, 2016**__                    _____**/s/ Sheila K. Oberto**__
25                                              UNITED STATES MAGISTRATE JUDGE

26
27
28